**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

IULIIA PAVLOVA,

       Petitioner,

    v.

MARKWAYNE MULLIN, ET AL.,

       Respondents.

Case No. 5:26-cv-01756-DMK

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner from custody on Petitioner's prior conditions of release.  Respondents shall also immediately return any confiscated property and documents to Petitioner upon release.  Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing.  The pre-deprivation bond hearing shall occur before an Immigration Judge, at which the government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk

or danger to the community, and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  Respondents shall file a notice of compliance by May 15, 2026.

DATED: May 13, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE

2